```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

R. Lacey Colligan

    v.

Mary Hitchcock Memorial Hospital et al.      Case No. 16-cv-513-JD

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Joseph A. DiClerico, Jr., dated December 17, 2018;

2. Corrective Order by District Judge Joseph A. DiClerico, Jr., dated January 31, 2019;

3. Order by District Judge Joseph A. DiClerico, Jr., dated February 19, 2019; and

4. Endorsed Order by District Judge Joseph A. DiClerico, Jr., dated March 4, 2020.

                                      By the Court:

                                      /s/ Daniel J. Lynch
                                      Daniel J. Lynch
                                      Clerk of Court

Date: March 4, 2020

cc:  Counsel of Record